IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMANDA NORTHRUP and ) <br> PATRICK DUNN, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PHOENIX WEST II, LLC; ) <br> PHOENIX WEST II OWNERS ) <br> ASSOCIATION, INC., and ) <br> BRETT / ROBINSON GULF ) <br> CORPORATION, ) <br> ) <br>     Defendants. ) | **Civil Action No.:** <br> **1:15-CV-00258-N** |

**DEFENDANT PHOENIX WEST II OWNERS**
**ASSOCIATION, INC.'S MOTION TO DISMISS**

Defendant Phoenix West II Owners Association, Inc. ("Owners") moves this Court to dismiss Plaintiffs' lawsuit under Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1). Plaintiffs cannot obtain the relief they seek in the complaint because three of the six counts in the complaint (counts four through six) include no allegations directed at Owners and all of the counts, including the remaining three counts (counts one through three), fail to state a claim against Owners for which relief can be granted. Further, Plaintiffs lack standing to bring this action against Owners, thereby depriving this Court of subject matter jurisdiction.

Owners relies upon the pleadings and its memorandum of law in support of this motion.

Respectfully submitted this 23rd day of July, 2015

                /s/ T. Matthew Miller
                T. Matthew Miller (MILLT2129)
                BRADLEY ARANT BOULT CUMMINGS LLP
                One Federal Place
                1819 Fifth Avenue North
                Birmingham, AL 35203-2119
                Telephone: (205) 521-8000
                Facsimile: (205) 521-8800
                Email: tmmiller@babc.com

**OF COUNSEL:**
Bobby Poundstone, IV (POUNR5864)
Bradley Arant Boult Cummings LLP
RSA Dexter Avenue Building
445 Dexter Avenue, Suite 9075
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
Email:  bpoundstone@babc.com

*Attorneys for Defendant*
*Phoenix West II Owners Association, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 23rd, 2015, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

    L. Landis Sexton
    Tracy Gwyn BirdSong
    The ADA Group LLC
    2047 Carter Hill Road
    Montgomery, AL 36106
    Email:  LLS@ADA-Firm.com
    Email:  TGB@ADA-Firm.com

*Attorneys for Plaintiffs*

    Kori L. Clement
    Hare, Clement & Duck
    505 20th Street North
    Suite 1010, Financial Center
    Birmingham, AL 35203
    Email: clem@harelaw.com

*Attorney for Phoenix West II, LLC and Brett/Robinson Gulf Corporation*

and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

None.

                                /s/ T. Matthew Miller
                                T. Matthew Miller